STEVEN R. BANGERTER (Utah Bar No. 10051)
WILLIAM E. FRAZIER (Utah Bar No. 11447)
DANIEL P. WILDE (Utah Bar No. 11800)
Bangerter Sheppard, PC
720 South River Road, Suite A-200
St. George, UT 84790
Telephone: (435) 628-7004
Facsimile: (435) 673-1964

Attorneys for Defendant,
Diamond Ranch Academy, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDREW WEEKS, | **ORDER FOR DISMISSAL** |
| Plaintiff, | |
| vs. | **Civil No.: 2:11-CV-00296-DN** |
| DIAMOND RANCH ACADEMY, INC., | |
| Defendant. | |

The Court, based upon stipulation of counsel, and for good cause appearing, hereby orders that the above entitled and numbered action is dismissed as to all parties, with prejudice, upon the merits, with each party to pay its own costs.

DATED this 22nd day of August, 2012.

BY THE COURT:

_____
David Nuffer
U.S, District Judge

Approved as to Form:

_____
Andrew W. Stavros
STAVROS LAW, PC
Attorneys for Plaintiff


_____
Daniel P. Wilde
BANGERTER SHEPPARD, PC
Attorneys for Defendant